patrick, District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.


Commonwealth *v.* Miller, Appellant.

Submitted March 1, 1976. *E. Franklin Martin,* Assistant Public Defender, for appellant; *Edwin D. Strite, Jr.,* First Assistant District Attorney, and *John R. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., would remand for a transcript.


Commonwealth *v.* Miller, Appellant.

Submitted June 16, 1975. *John McCrea,* and *McCrea and McCrea,* for appellant; *Edgar B. Bayley,* First Assistant District Attorney, and *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Myers, Appellant.